```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 06-61498

                      IN ADMIRALTY

                                    CIV-ALTONAGA
                                    MAGISTRATE JUDGE TURNOFF
```

**FREE SPIRIT ADVENTURES, LTD.,**

    Plaintiff,

v.

M/Y "DESTINY", Official No.: St. Vincent 5353, HIN HRN11001F000, her engines, tackle, apparel and appurtenances, *in rem* and ROLLY MARINE SERVICE COMPANY, a Florida Corporation, *in personam.*

    Defendants,

    and

**NORTHROP & JOHNSON YACHTS-SHIPS, INC.,**
a Florida Corporation,
**REDLINE MARINE ENGINE SERVICING, INC.,**
a Florida Corporation,
**BROWNIE'S SOUTHPORT DIVERS, INC.,**
a Florida Corporation,
**BLUE MARLIN TOWERS INC.,**
a Florida Corporation,
**AME, INC., d/b/a AVALON MARINE ELECTRONICS,**
a Florida Corporation,
**ADVANCED MARINE ENGINEERING INC.,**
a Florida Corporation, and
**ZIGGY'S YACHT REFINISHING, INC.,**
a Florida Corporation,

    Applicants for Intervention.
_____/

# CERTIFICATE OF INTERESTED PARTIES
# AND CORPORATE DISCLOSURE STATEMENT

COME NOW Defendant, ROLLY MARINE SERVICE COMPANY, and all Interveners and file this their Certificate of Interested Parties and Corporate Disclosure Statement:

1. Plaintiff, FREE SPIRIT ADVENTURES, LTD., is a corporation with a principal place of business in Kingston, St. Vincent And The Grenadines. It is owner of Defendant, M/Y "DESTINY".

2. GLEN ADAMS, 5081 Dixie Garden, Shreveport, LA 71105, is the principal owner of FREE SPIRIT ADVENTURES, LTD.

3. Defendant, ROLLY MARINE SERVICE COMPANY, is a Florida corporation located at 2551 State Road 84, Fort Lauderdale, FL 33312.

4. ESTATE OF JOAN ROCKS. JOAN ROCKS inherited ROLLY MARINE SERVICE COMPANY from her late husband Rolly Rocks. The beneficiaries of her estate are her three daughters:

   a) SHERYL ROCKS LOPEZ

   b) SUE ROCKS

   c) SANDY ROCKS LATTA

5. GREG POULOS, General Manager of ROLLY MARINE SERVICE COMPANY.

6. Intervener, NORTHROP & JOHNSON YACHTS-SHIPS, INC., a Florida corporation.

7. KEVIN E. MERRIGAN, President/Treasurer of NORTHROP & JOHNSON YACHTS-SHIPS, INC.

8. MARIETTE MERRIGAN, Vice President of NORTHROP & JOHNSON YACHTS-SHIPS, INC.

9. Intervener, REDLINE MARINE ENGINE SERVICING, INC., a Florida corporation.

10. JASON BUCHANAN, President of REDLINE MARINE ENGINE SERVICING, INC.

11. EFRAIN RAMOS, Vice President of REDLINE MARINE ENGINE SERVICING, INC.

12. Intervenor, BROWNIE'S SOUTHPORT DIVERS, INC., a Florida corporation.

13. DAVID H. CARMICHAEL, President, Vice President, Secretary and Treasurer of BROWNIE'S SOUTHPORT DIVERS, INC.

14. Intervener, BLUE MARLIN TOWERS INC., a Florida corporation.

15. WAYDE GOODING, President of BLUE MARLIN TOWERS INC.

16. Intervener, AME, INC. d/b/a AVALON MARINE ELECTRONICS, a Florida corporation with a Florida registered fictitious name.

17. RONALD TUREK, President of AME, INC.

18. Intervener, ADVANCED MARINE ENGINEERING INC., a Florida corporation.

19. GREGORY GALLOCHER, President of ADVANCED MARINE ENGINEERING INC.

20. Intervener, ZIGGY'S YACHT REFINISHING, INC., a Florida corporation.

21. GRANVILLE S. DAYLE, Director of ZIGGY'S YACHT REFINISHING, INC.

22. MONICA L. DAYLE, Director of ZIGGY'S YACHT REFINISHING, INC.

23. KURT BOSSHARDT & ASSOCIATES, P.A., a Florida professional association represents Plaintiff, FREE SPIRIT ADVENTURES, LTD., and Defendant, M/Y "DESTINY". The attorneys involved in this case are:

    a) KURT ELLIS BOSSHARDT, ESQ.

    b) JEFFREY WILLIAM MILLER, ESQ.,

    c) ROBERT REX EDWARDS, ESQ.

24. CAPTAIN EDWARD ROBERT FINK, Judge Advocate General's Corps, United States Navy (Retired), is lead attorney for Defendant, ROLLY MARINE SERVICE COMPANY, and all seven Interveners.

25. THOMAS D. LARDIN, ESQ. also represents Defendant, ROLLY MARINE SERVICE COMPANY, and all seven Interveners.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 21st day of December 2006.

                              Respectfully submitted,

            <u>s/Edward R. Fink</u>
            **CAPTAIN EDWARD R. FINK**
            **Judge Advocate General's Corps**
            **United States Navy (Retired)**
            **Attorney for Defendant,**
            **ROLLY MARINE SERVICE COMPANY**
               **and**
            **Applicants for Intervention**
            **P.O. Box 460037**
            **Fort Lauderdale, Florida 33346**
            **Tel.(954)524-6289;Fax (954)523-9446**
            **Florida Bar No. 330337**
               **and**
            **THOMAS D. LARDIN, ESQ.**
            **Attorney for Defendant,**
            **ROLLY MARINE SERVICE COMPANY**
               **and**
            **Applicants for Intervention**
            **75 N.W. 1st Avenue-Suite 101**
            **Delray Beach, FL 33444-2601**
            **Tel. (561)278-7760;Fax (561)278-7540**
            **Florida Bar No. 230146**

**Destiny.certparties**