## LAW OFFICE OF
## CAPTAIN EDWARD R. FINK, JAG, UNITED STATES NAVY (Ret.)

P.O. Box 460037
Fort Lauderdale, FL 33346
Tel: (954) 524-6289
(954) JAG NAVY
Fax: (954) 523-9446
E Mail: CAPTFINK@GATE.NET

### FAX TRANSMISSION COVER SHEET

| | |
|---|---|
| Date: | January 10, 2007 |
| To: | JEFFREY W. MILLER |
| Fax: | 954-764-8176 |
| Re: | "DESTINY" |
| Sender: | CAPTAIN EDWARD R. FINK |

YOU SHOULD RECEIVE _____2_____ PAGE(S), INCLUDING THIS COVER SHEET.  IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (954) 524-6289.

YOUR 6 PAGES INCLUDED ONLY THE FIRST PAGE OF THE PROPOSED ORDER. PLEASE FAX ME THE REMAINDER.  I APPEND MY SIGNATURE ON PAGE 4 OF OUR JOINT SCHEDULING REPORT.  YOU MAY ELECTRONICALLY FILE IT AND THE PROPOSED SCHEDULING ORDER.

PLEASE NOTE THAT ROLLY MARINE'S COUNTERCLAIM IS AGAINST BOTH PLAINTIFF AND DEFENDANT "DESTINY" AND THAT YOU HAVE ANSWERED ONLY FOR PLAINTIFF.  IF NO ONE ANSWERS FOR "DESTINY" BY NOON ON JANUARY 12, 2007, I WILL MOVE FOR DEFAULT IN ACCORDANCE WITH LOCAL RULE C(8).

THE COURT HAS GRANTED THE MOTION TO INTERVENE AND INTERVENER'S COMPLAINT , AGAIN, IS AGAINST BOTH PLAINTIFF AND DEFENDANT "DESTINY".

14. **Election of Case Management Tracks**

The parties agree that the case shall be managed in accordance with S.D.Fla.L.R. 16.1 A 2(b), Standard Track.

15. **Additional Information which May be Helpful to the Court in Setting the Case for Status Conference or Pretrial Conference**

The parties are unable to provide any additional information which may be helpful to the court in setting the case for Status Conference or Pretrial Conference at this juncture. The Parties shall advise the court if and when such determinations are made.

DATED this 9th day of January 2007.

KURT BOSSHARDT &
ASSOCIATES, P.A.
*Attorneys for Plaintiff*
1600 SE 17th Street Causeway, Suite 405
Fort Lauderdale, Florida 33316
Tel:   (954) 764-7772
Fax:   (954) 764-8176

/s/ *Jeffrey W. Miller*
Jeffrey W. Miller
Florida Bar No.: 0012609
Robert R. Edwards
FloridaBar No.: 7700851

DATED this 9th day of January 2007.

CAPTAIN EDWARD R. FINK
Judge Advocate General's Corps
United States Navy (Retired)
Attorney for Defendant Rolly
Marine Service Company and
Applicants for Intervention
P.O. Box 460037
Fort Lauderdale, Florida 33346
Tel. (954) 524-6289
Fax. (954) 523-9446

Capt. Edward R. Fink
Florida Bar No.: 330337
and
Thomas D. Lardin, Esq.
Attorney for Defendant,
Rolly Marine Service Company
and
Applicants for Intervention
75 N.W. 1st Avenue-Suite 101
Delray Beach, FL 33444-2601
Tel: (561) 278-7760
Fax: (561) 278-7540
Florida Bar No.: 230146

4

# HP LaserJet 3050

## Fax Call Report

Captain Edward R. Fink
954-523-9446
Jan-10-2007  11:36AM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 47 | 1/10/2007 | 11:35:33AM | Send | 9547648176 | 1:19 | 2 | OK |

---

LAW OFFICE OF
CAPTAIN EDWARD R. FINK, JAG, UNITED STATES NAVY (Ret.)
P.O. Box 460037
Fort Lauderdale, FL 33346
Tel: (954) 524-6289
(954) JAG NAVY
Fax: (954) 523-9446
E Mail: CAPTFINK@GATE.NET

FAX TRANSMISSION COVER SHEET

Date: January 10, 2007
To: JEFFREY W. MILLER
Fax: 954-764-8176
Re: "DESTINY"
Sender: CAPTAIN EDWARD R. FINK

YOU SHOULD RECEIVE ___2___ PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (954) 524-6289.

YOUR 6 PAGES INCLUDED ONLY THE FIRST PAGE OF THE PROPOSED ORDER. PLEASE FAX ME THE REMAINDER. I APPEND MY SIGNATURE ON PAGE 4 OF OUR JOINT SCHEDULING REPORT. YOU MAY ELECTRONICALLY FILE IT AND THE PROPOSED SCHEDULING ORDER.

PLEASE NOTE THAT ROLLY MARINE'S COUNTERCLAIM IS AGAINST BOTH PLAINTIFF AND DEFENDANT "DESTINY" AND THAT YOU HAVE ANSWERED ONLY FOR PLAINTIFF. IF NO ONE ANSWERS FOR "DESTINY" BY NOON ON JANUARY 12, 2007, I WILL MOVE FOR DEFAULT IN ACCORDANCE WITH LOCAL RULE C(8).

THE COURT HAS GRANTED THE MOTION TO INTERVENE AND INTERVENER'S COMPLAINT, AGAIN, IS AGAINST BOTH PLAINTIFF AND DEFENDANT "DESTINY".